GARY W. DYER, CSBA #106701
Assistant United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201
Telephone (509) 353-2999
Fax (509) 353-3124

Hon. WHITMAN L. HOLT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re:<br><br>ITS INVESTING SPOKANE, LLC,<br><br>Debtors. | Case No. 19-02753 WLH11<br>Chapter 11<br><br>APPLICATION FOR APPROVAL<br>OF AGREED SCHEDULING ORDER<br><br>[28 U.S.C. §586(a)(7)(iv)]<br>[11 U.S.C. §105(d) |
|---|---|

The Acting United States Trustee, by and through his attorney, Gary W. Dyer, applies to the court for approval of a scheduling order for this chapter 11 case which is filed concurrently with this application. The proposed scheduling order has been negotiated with the debtor in possession through its counsel. It provides:

The debtor reserves the right to file requests for extensions of the time as the circumstances of the case may require. The pending motions for turnover and section 543 may affect certain deadlines within this order.

The parties set the following deadlines for the following events to occur:

1. The Debtor in Possession shall close its pre-petition bank accounts by November 14, 2019;

APPLICATION FOR APPROVAL OF AGREED SCHEDULING ORDER                                  Page 1

2. The Debtor in Possession shall have insurance in place by November 14, 2019, have the United States Trustee listed as a certificate holder, and provide evidence of it to the United States Trustee by November 14, 2019;

3. The Debtor in Possession shall elect its action regarding affirming or rejecting its real property lease, and give appropriate notice by November 20, 2019;

4. The Debtor in Possession shall file and serve its notice of any intent to compensate insiders in accordance with LBR 3016-1(c) by November 29, 2019;

5. The Debtor in Possession shall be current on all tax returns by December 20, 2019; and,

6. A plan and disclosure statement shall be filed by January 20, 2020.

Wherefore, the court is respectfully requested to approve the Agreed Scheduling Order.

Date: November 1, 2019

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee

　/s/ Gary W. Dyer　
GARY W. DYER
Assistant U.S. Trustee