**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>ITS INVESTING SPOKANE, LLC,<br><br>Debtors. | Case No. 19-02753 WLH11<br>Chapter 11<br><br>AGREED SCHEDULING ORDER<br><br>[28 U.S.C. §586(a)(7)(iv)]<br>[11 U.S.C. §105(d)] |

Based upon the Application by the Acting United States Trustee for approval of a scheduling order for this chapter 11 case, and subject to the debtor in possession's reservation of the right to file requests for extensions of the time as the circumstances of the case may require, and acknowledging the pending motions for turnover and section 543 may affect certain deadlines within this order, and good cause appearing,

IT IS HEREBY ORDERED THAT

1. The Debtor in Possession shall close its pre-petition bank accounts by November 14, 2019;

2. The Debtor in Possession shall have insurance in place by November 14, 2019, have the United States Trustee listed as a certificate holder, and provide evidence of it to the

AGREED SCHEDULING ORDER                                                                 Page 1

United States Trustee by November 14, 2019;

3. The Debtor in Possession shall elect its action regarding affirming or rejecting its real property lease, and give appropriate notice by November 20, 2019;

4. The Debtor in Possession shall file and serve its notice of any intent to compensate insiders in accordance with LBR 3016-1(c) by November 29, 2019;

5. The Debtor in Possession shall be current on all tax returns by December 20, 2019; and,

6. A plan and disclosure statement shall be filed by January 20, 2020.

\\\End of Order\\\

Presented by:

/s/ Gary W. Dyer
GARY W. DYER, CSBA # 106701
Assistant U.S. Trustee

Winston & Cashatt

/s/ Timothy R Fischer
Timothy R. Fischer, WSBA #40075
Attorneys for Debtor in Possession