Timothy R. Fischer, WSBA No. 40075
Winston & Cashatt, Lawyers
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
(509) 838-6131
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | Case No. 19-02753-FLK11 |
| ITS INVESTING SPOKANE, LLC, | **CERTIFICATE OF SERVICE** |
| Debtor in Possession. | |

I, Janel Martindale, Paralegal with Winston & Cashatt, Lawyers, hereby declare under penalty of perjury under the laws of the State of Washington and the United States that (i) at all times hereinafter mentioned I was a citizen of the United States and a resident of the State of Washington, over the age of eighteen (18) years, and not a party to this action, that on the 1st day of November, 2019, I sent Notice of Filing of Bankruptcy to the Office of the City Attorney, for the City of Spokane.

SIGNED as Spokane, Washington, this 1st day of November, 2019.

/s/ Janel Martindale
_____
JANEL MARTINDALE

CERTIFICATE OF SERVICE

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131